**FRONTO KING LLC.**
208 Dudley St
Boston, MA 02119
Tobias Zimmerman
1.617.282.6100
www.frontoking.com

# Invoice

Date: 12/13/2013
Invoice No.: 10746
Salesperson: Trevor
Ship By: FedEx
Tracking Ref: 266613715010260

Bill To:
A TO Z WHOLESALE
A To Z WHOLESALE
1845 LAWRENCEVILLE HWY
DECATUR GA 3003

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 5000 | Fronto King Whole Leaf | $2.00 | $10,000.00 |

| | |
|---|---|
| Subtotal | $10,000.00 |
| Shipping: | $80.00 |
| Total Amt | $10,080.00 |
| Balance Due | $10,080.00 |

Please contact us for more information about payment options. We now accept all major credit cards. Product must be stored in a cool place between 36-65 degrees for maximum shelf life. We do not use preservatives!

Thank you for your business.

My P... | Support | Locations | English | Search

# Fed

Ship | Track | Manage | Learn | FedEx Office®

## FedEx Ship Manager®

Logout | Help

### Your Shipment Details

| From: | Trevor Ivy | Ship date: | 12/13/2013 |
| --- | --- | --- | --- |
| | Fronto King | Weight: | 42 LBS |
| | 36 IRMA STREET | Declared value: | 0.00 USD |
| | FLOOR 2 | Package Contents: | |
| | DORCHESTER CENTER, MA | Document Description: | |
| | 02124 | Shipment Purpose: | |
| | US | Invoice number: | |
| | 6172299159 | Freight On Value: | |
| | | Pricing Option: | FedEx Standard Rate |
| To: | ALI LISA | Service type: | FedEx Ground |
| | A TO Z WHOLESALE | Package type: | Your Packaging |
| | 1845 LAWRENCEVILLE HWY | Pickup/Drop Off: | Pickup requested, view Pickup History for details |
| | DECATUR, GA 300335728 | Dimensions: | 20 x 20 x 20 in |
| | US | Shipper account number: | MyAccount-517 |
| | 4046333515 | Bill transportation to: | MyAccount-517 |
| Tracking no.: | 266613715010277 | Status | Not closed |
| | | Courtesy rate quote:* | 22.09 |
| | | Published rates: | 28.32 |
| | | Effective net discount: | 39.60 |
| | | Discounted variable % | |
| | | List variable % | |
| | | Special services: | |
| | | Shipment type: | Ground |
| | | Commercial/Residential Status: | Commercial |

**Please note :**

*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

IMPORTANT: At the end of each business day, select "Ground End of Day Close" to transmit your shipping data. Then, print the Pickup Manifest that appears. This document is required when your shipment is tendered to FedEx. To access the "Ground End of Day Close" button, click the "Go to next steps" button on the shipping label screen, or click the "Track/History tab.

NOTE:Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request.