In the United States District Court
Northern District of Georgia
Atlanta Division

| | | |
|---|---|---|
| Fronto King, LLC, | ) | Civil Action No. |
| | ) | 1:15-cv-1668-TCB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Five A Trading, Inc. d/b/a A to Z | ) | |
| Wholesale and New Generation Imports, | ) | |
| LLC d/b/a Pure Fronto, | ) | |
| | ) | |
| Defendants. | ) | |

Notice of Deposition of Fronto King, LLC

To:  Fronto King, LLC
c/o David M. Lilenfeld
2970 Peachtree Road, NW, Suite 530
Atlanta, Georgia 30305

You are hereby notified that on the 12th day of November, beginning at 10:00 a.m. at the offices of Carlton Law, LLC, 309 Sycamore Street, Decatur, Georgia 30030 counsel for Defendant Five A Trading, Inc. will proceed to take the deposition of Fronto King, LLC upon oral examination pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. The deposition shall be taken before a court reporter, a notary public, or before some other officer duly authorized by law to

take depositions.  The deposition will be recorded by stenographic means. You may attend and cross-examination.

Pursuant to Fed. R. Civ. P. 30(b)(6), Fronto King is requested to designate one or more officers, directors, managing agents, or other persons to testify on its behalf concerning the matters described in the document attached as Exhibit A". Please provide the name(s) of the designee(s) no later then 5:00 p.m. EST on November 4, 2015, along with a list of the topics, which each designee will testify.

Respectfully submitted this  23 day of October, 2015.

Carlton Law, LLC

s/ Matthew W. Carlton
Ga. Bar No. 110389

309 Sycamore Street
Decatur, Georgia 30030
404-458-4084 (phone)
404-378-6049 (fax)
mcarlton@carlton-law.com

Exhibit "A"

1. Factual allegations contained in Plaintiff's Complaint.

2. Steps taken to protect the Fronto mark by Plaintiff.

3. Reason for choosing Fronto King, LLC as the name of Plaintiff's business.

4. Communications between Fronto King, LLC and Five A Trading, Inc.

Certificate of Service

This is to certify that on October 23, 2015 I served Plaintiff and Defendant New Generation Imports, LLC with a true and correct copy of this the foregoing by email and by depositing same in the U.S. Mail with adequate postage affixed.

>David Lilenfeld
>2970 Peachtree Road, N.W. Suite 530
>Atlanta, Georgia 30305

>New Generation Imports, LLC
>1833 Lawrenceville Highway
>Decatur, Georgia 30033

s/ Matthew W. Carlton