IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRONTO KING, LLC, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| | 1:15-cv-1668-TCB |
| FIVE A TRADING, INC., et al., | |
| Defendants. | |

### ORDER

The parties have not complied with the Court's Local Rules regarding the filing of certificates of interested persons, LR 3.3, NDGa,  Therefore, the parties are ORDERED to file, by 10 days from the entry of this order,  their certificate of interested persons or to SHOW CAUSE in writing by that date why this case should not be dismissed or sanctions imposed for failure to obey a lawful order of the Court.  LR 41.3(2), NDGa.

**SO ORDERED** this 26th day of February, 2016.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE