IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRONTO KING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FIVE A TRADING, INC. d/b/a A to Z Wholesale, and NEW GENERATION IMPORTS, LLC d/b/a Pure Fronto,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:15-cv-1668-TCB |

**O R D E R**

This action for trademark infringement and related claims case comes before the Court on Defendant Five A Trading, Inc.'s motion for summary judgment [22]. Both parties are represented by counsel, yet their filings in support of and in opposition to the motion plainly violate Local Rule 56.1 and paragraph 13 of the Court's instructions to parties and counsel [7]. As a result, the Court is left to speculate about what facts are actually in dispute, precluding effective review of the motion.

Consequently, the Court will deny Five A's motion for summary judgment without prejudice to its ability to refile a motion that complies

with this Court's local rules and case instructions. Any renewed motion must be filed by September 6, 2016. If such a motion is filed, Plaintiff Fronto King shall likewise ensure that its responsive materials are in compliance with all local rules and standing orders.

IT IS SO ORDERED this 5th day of August, 2016.

_____
Timothy C. Batten, Sr.
United States District Judge