IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FRONTO KING, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | 1:15-cv-01668-TCB |
| v. | ) | |
| | ) | |
| FIVE A TRADING, INC. d/b/a | ) | |
| A TO Z WHOLESALE and | ) | Conference is NOT requested |
| NEW GENERATION IMPORTS, | ) | |
| LLC d/b/a PURE FRONTO | ) | |
| Defendant | ) | |
| _____ | ) | |

## **CONSOLIDATED PRE-TRIAL ORDER**

1.

There are no motions or other matters pending for consideration by the court except as noted:

None.

2.

All discovery has been completed, unless otherwise noted, and the court will not consider any further motions to compel discovery. (Refer to LR 37.1B). Provided there is no resulting delay in readiness for trial, the parties shall, however, be permitted to take the depositions of any persons for the preservation of evidence and for use at trial.

3.

Unless otherwise noted, the names of the parties as shown in the caption to this Order and the capacity in which they appear are correct and complete, and there is no question by any party as to the misjoinder or non-joinder of any parties.

24.

Unless otherwise authorized by the court, arguments in all jury cases shall be limited to one-half hour for each side. Should any party desire any additional time for argument, the request should be noted (and explained) herein.

25.

If the case is designated for trial to the court without a jury, counsel are directed to submit proposed finding of fact and conclusions of law not later than the opening of trial.

26.

Pursuant to LR 16.3, lead counsel and persons possessing settlement authority to bind the parties met in person on December 15, 2016, to discuss in good faith the possibility of settlement of this case. The court (__X__) has or (_____) has not discussed settlement of this case with counsel. It appears at this time that there is:

(__X__) A good possibility of settlement.
(_____) Some possibility of settlement.
(_____) Little possibility of settlement.
(_____) No possibility of settlement.

27.

Unless otherwise noted, the court will not consider this case for a special setting, and it will be scheduled by the clerk in accordance with the normal practice of the court.

28.

The plaintiff estimates that it will require two (2) days to present its evidence. The defendant estimates that it will require two (2) days to present its evidence. The other parties estimate that it will require 0 days to present their evidence. It is estimated that the total trial time is 4-5 days.

29.

IT IS HEREBY ORDERED that the above constitutes the pretrial order for the above captioned case (__X__) submitted by stipulation of the parties or (_____) approved by the court after conference with the parties.

IT IS FURTHER ORDERED that the foregoing, including the attachments thereto, constitutes the pretrial order in the above case and that it supersedes the pleadings which are hereby amended to conform hereto and that this pretrial order

shall not be amended except by Order of the court to prevent manifest injustice. Any attempt to reserve a right to amend or add to any part of the pretrial order after the pretrial order has been filed shall be invalid and of no effect and shall not be binding upon any party or the court, unless specifically authorized in writing by the court.

IT IS SO ORDERED this  31st  day of  March , 20 17 .

_____
UNITED STATES DISTRICT JUDGE

Each of the undersigned counsel for the parties hereby consents to entry of the foregoing pretrial order, which has been prepared in accordance with the form pretrial order adopted by this court.

/s/ David M. Lilenfeld
Counsel for Plaintiff

/s/ Matthew W. Carlton
Counsel for Five-A-Trading, Inc.