

**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22357** |
| Invoice Date | **05/06/2015** |
| For Services Through | **04/30/2015** |
| Terms: | **N/A** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | **In Reference To: Five A Trading Litigation (Labor)** | | |
| 03/31/2015 | LA | *Legal Services* <br> Review and analysis of correspondence from Fronto King in preparation for conference call on Wednesday, April 1. | 0.30 at $ 195.00/hr | $ 58.50 |
| 04/01/2015 | LA | *Legal Services* <br> Conference call with Daniel Smith regarding potential client Trevor of Fronto King's trademark dispute. | 0.60 at $ 195.00/hr | $ 117.00 |
| 04/20/2015 | DML | *Legal Services* <br> Prepare timeline of events and create Information Sheet. Prepare email to Mark Robinson regarding state court v. federal court cases. | 0.70 at $ 350.00/hr | $ 245.00 |
| 04/21/2015 | LA | *Legal Services* <br> Attend to correspondence regarding Complaint and Answer/Counterclaim (.2 hours) Review and analysis of Complaint and Answer/Counterclaim in preparation for conference call regarding case (.3 hours) | 0.50 at $ 195.00/hr | $ 97.50 |
| 04/21/2015 | LA | *Legal Services* <br> Attend to correspondence regarding Complaint and Answer/Counterclaim (.2 hours) Review and analysis of Complaint and Answer/Counterclaim in preparation for conference call regarding case (.3 hours) | 0.50 at $ 195.00/hr | $ 97.50 |
| 04/21/2015 | DML | *Legal Services* <br> Review state court Complaint, Summons, Answer and Counterclaim. Telephone conference with Mark Robinson and with Client regarding case strategy. | 1.20 at $ 350.00/hr | $ 420.00 |
| 04/22/2015 | DML | *Legal Services* <br> Email update to Dan Smith with options for moving forward with litigation. | 0.40 at $ 350.00/hr | $ 140.00 |
| 04/23/2015 | DML | *Legal Services* <br> Continued email correspondence with Dan Smith and Mark Robinson regarding case strategy. | 0.30 at $ 350.00/hr | $ 105.00 |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22357** |
| Invoice Date | **05/06/2015** |
| For Services Through | 04/30/2015 |
| Terms: | **N/A** |

| | | | | | |
|---|---|---|---|---|---|
| 04/27/2015 | LA | | *Legal Services* | 2.00 at $ 195.00/hr | $ 390.00 |
| | | | Review and analysis of Exhibits to state Complaint for information relevant to federal trademark infringement claim. (.5 hours) Gather facts in support of trademark infringement claim. (.5 hours) Draft Federal Complaint for Trademark Infringement. (1.1 hours) | | |
| 04/28/2015 | LA | | *Legal Services* | 0.60 at $ 195.00/hr | $ 117.00 |
| | | | Continue drafting federal Complaint for trademark infringement | | |
| 04/29/2015 | LA | | *Legal Services* | 1.00 at $ 195.00/hr | $ 195.00 |
| | | | Review file for any information to support the factual allegations in the federal lawsuit for trademark infringement. (.2 hours) Correspondence with Daniel Smith confirming receipt of the assignment documents. (.1 hours). Correspondence with Daniel Smith, Trevor, and Mark requesting information regarding the facts of Trevor's trademark claim (.2 hours) Continue to draft Complaint (.5 hours) | | |

*Total Hours:* *8.10 hrs*
*Total Labor:* *$ 1,982.50*
**Total Invoice Amount:** **$ 1,982.50**
**Account Credit: ($ 2,017.50)**

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22402** |
| Invoice Date | **06/10/2015** |
| For Services Through | **05/31/2015** |
| Terms: | **N/A** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | **In Reference To: Five A Trading Litigation (Labor)** | | |
| 05/05/2015 | RG | *Legal Services*<br>Confer with KAD re complaint. | 0.10 at $ 275.00/hr | $ 27.50 |
| 05/05/2015 | LA | *Legal Services*<br>Download documents collected through discovery in state court case. (.2 hours) Review and analysis of documents and information provided by Mark (counsel in state court case). (1.0 hours) Revise federal Complaint to reflect additional information obtained from Mark Robinson. (1.6 hours) | 2.80 at $ 195.00/hr | $ 546.00 |
| 05/08/2015 | LA | *Legal Services*<br>Edit Complaint. Edit Exhibits. Send Complaint and Exhibits to David for his review. | 0.50 at $ 195.00/hr | $ 97.50 |
| 05/11/2015 | RG | *Legal Services*<br>Review and revise Complaint; confer with KAD re same. | 0.60 at $ 275.00/hr | $ 165.00 |
| 05/11/2015 | LA | *Legal Services*<br>Correspondence with Robin regarding filing the Complaint. (.2 hours) Correspondence with Mark Robinson regarding the state court trial and filing the Complaint (.1 hours) Revise Complaint to reflect comments and edits made by Robin Gentry (.5 hours) Draft Civil Cover Sheet. (.3 hours) Draft Summons to Five A Trading. (.2 hours) Draft Summons to New Generation Imports (.2 hours) File Complaint with the Northern District of Georgia (.3 hours) Correspondence with Mark Robinson providing him a file stamped copy of the Complaint (.1 hours) | 2.00 at $ 195.00/hr | $ 390.00 |
| 05/13/2015 | LA | *Legal Services*<br>Update client and counsel regarding filing of federal complaint. | 0.20 at $ 195.00/hr | $ 39.00 |
| 05/20/2015 | LA | *Legal Services*<br>Review instagram photos of Pure Fronto from client. (.2 hours) Correspondence with client regarding the same. (.2 hours) | 0.40 at $ 195.00/hr | $ 78.00 |
| 05/28/2015 | LA | *Legal Services*<br>Correspondence with process server regarding serving Defendants with a copy of the summons and complaint. | 0.20 at $ 195.00/hr | $ 39.00 |
| | | **In Reference To: Five A Trading Litigation (Expenses)** | | |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22402** |
| Invoice Date | **06/10/2015** |
| For Services Through | 05/31/2015 |
| Terms: | **N/A** |

05/12/2015   DML   *Filing Fee*                                                                 $400.00              $ 400.00
US District Court filing fee for Complaint.

---

*Total Hours:*   6.80 hrs
*Total Labor:* $ 1,382.00
*Total Expenses:*   $ 400.00
**Total Invoice Amount: $ 1,782.00**
**Account Credit:  ($ 235.50)**

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22442** |
| Invoice Date | **07/06/2015** |
| For Services Through | **06/30/2015** |
| Terms: | **N/A** |

| **Date** | **By** | **Service Summary** | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| In Reference To: | | **Five A Trading Litigation (Labor)** | | |
| 06/26/2015 | DML | *Legal Services*<br>Telephone conference with defense attorney (Matt Carlton) regarding case and counterclaim. | 0.20 at $ 350.00/hr | $ 70.00 |
| 06/26/2015 | LA | *Legal Services*<br>Review and analysis of Answer and Counterclaim. Draft response to Counterclaim. (.3 hours) Review and analysis of Instructions to Parties given by Judge Batten and calendar any specified deadlines. (.7 hours) | 1.00 at $ 195.00/hr | $ 195.00 |
| 06/29/2015 | LA | *Legal Services*<br>Correspondence with opposing counsel regarding potential missing pages from Five A Trading's counterclaim (.2 hours) Compare newly received counterclaim document to Answer and Counterclaim filed with the Court by Five A Trading. (.1 hours) | 0.30 at $ 195.00/hr | $ 58.50 |
| In Reference To: | | **Five A Trading Litigation (Expenses)** | | |
| 06/08/2015 | DML | *Process Server*<br>Invoice from Atlanta Legal Services, Inc. for service upon Five A Trading. | $70.00 | $ 70.00 |
| 06/08/2015 | DML | *Process Server*<br>Invoice from Atlanta Legal Services for attempts of service upon New Generation Imports. | $70.00 | $ 70.00 |

*Total Hours: 1.50 hrs*
*Total Labor: $ 323.50*
*Total Expenses: $ 140.00*
**Total Invoice Amount: $ 463.50**
**Balance (Amount Due): $ 228.00**

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22484** |
| Invoice Date | **08/05/2015** |
| For Services Through | 07/31/2015 |
| Terms: | **N/A** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| In Reference To: | **Five A Trading Litigation (Labor)** | | | |
| 07/02/2015 | LA | *Legal Services* <br> Draft Answer to Counterclaim. | 0.80 at $ 195.00/hr | $ 156.00 |
| 07/02/2015 | RG | *Legal Services* <br> Confer with KAD re response to Counterclaim. | 0.20 at $ 275.00/hr | $ 55.00 |
| 07/06/2015 | LA | *Legal Services* <br> Review and edit Answer to Five A Trading's Counterclaim. | 0.30 at $ 195.00/hr | $ 58.50 |
| 07/06/2015 | RG | *Legal Services* <br> Review response to counterclaim. | 0.40 at $ 275.00/hr | $ 110.00 |
| 07/07/2015 | DML | *Legal Services* <br> Review and revise draft answer to Counterclaim, including reviewing filed Counterclaim. | 1.00 at $ 350.00/hr | $ 350.00 |
| 07/07/2015 | LA | *Legal Services* <br> Incorporate David's comments into Answer to Counterclaim and prepare for filing. | 0.40 at $ 195.00/hr | $ 78.00 |
| 07/10/2015 | LA | *Legal Services* <br> Correspondence with opposing counsel requesting a date for our Discovery Conference. | 0.20 at $ 195.00/hr | $ 39.00 |
| 07/13/2015 | LA | *Legal Services* <br> Confirm discovery conference date. | 0.10 at $ 195.00/hr | $ 19.50 |
| 07/16/2015 | LA | *Legal Services* <br> Draft Joint Preliminary Report (2.1 hours) Correspondence with opposing counsel regarding status conference (.2 hours). | 2.30 at $ 195.00/hr | $ 448.50 |
| 07/17/2015 | LA | *Legal Services* <br> Legal research for alternate addresses for New Generation Imports so that we may perfect service on the Defendant (.3 hours) Correspondence with process server regarding serving New Generation Imports (.2 hours) Rule 26(f) Joint Discovery Conference with counsel for Five A Trading (.5 hours) Edit Joint Preliminary Report and Discovery Plan based on conference call (.4 hours). | 1.00 at $ 195.00/hr | $ 195.00 |
| 07/20/2015 | LA | *Legal Services* <br> Correspondence with opposing counsel regarding Joint Preliminary Report. | 0.20 at $ 195.00/hr | $ 39.00 |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22484** |
| Invoice Date | **08/05/2015** |
| For Services Through | 07/31/2015 |
| Terms: | **N/A** |

| | | | | | |
|---|---|---|---|---|---|
| 07/20/2015 | DML | *Legal Services* <br> Handle Rule 26(f) Conference. | | 0.30 at $ 350.00/hr | $ 105.00 |
| 07/29/2015 | LA | *Legal Services* <br> Review Joint Preliminary Report and Discovery Plan. (.2 hours) File Joint Preliminary Report and Discovery Plan (.3 hours) Correspondence with court regarding settlement and mediation (.2 horus) Review and analysis of documents, evidence, and pleadings from state case to determine ideal settlement amount (.5 hours). | | 1.20 at $ 195.00/hr | $ 234.00 |
| 07/30/2015 | LA | *Legal Services* <br> Call with process server Marc Allard regarding service on New Generation Imports. | | 0.20 at $ 195.00/hr | $ 39.00 |

*Total Hours:* *8.60 hrs*
*Total Labor: $ 1,926.50*
**Total Invoice Amount: $ 1,926.50**
**Balance (Amount Due): $ 2,154.50**

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22522** |
| Invoice Date | **09/03/2015** |
| For Services Through | **08/31/2015** |
| Terms: | **N/A** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | | | |

In Reference To: **Five A Trading Litigation (Labor)**

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| 08/04/2015 | LA | *Legal Services*<br>Legal analysis of documents related to Plaintiff's damages for trademark infringement (.3 hours) Review and analysis of trademark statute regarding potential theories of recovery (.2 hours) Correspondence with client and state court attorney regarding the amount of product sold under the infringing mark and any actual damages suffered by client (.2 hours) Draft settlement demand letter (.7 hours). | 1.40 at $ 195.00/hr | $ 273.00 |
| 08/05/2015 | LA | *Legal Services*<br>Correspondence with state counsel regarding number of infringing products believed to be on the market, sales information, and estimate of damages (.3 hours) Legal research regarding average price of single full fronto leaf products (.3 hours). | 0.60 at $ 195.00/hr | $ 117.00 |
| 08/06/2015 | LA | *Legal Services*<br>Edit and revise settlement offer. | 0.30 at $ 195.00/hr | $ 58.50 |
| 08/10/2015 | LA | *Legal Services*<br>Revise settlement demand (.1 hours) Correspondence with Fronto King's state attorney and patent attorney regarding their thoughts and comments on the settlement demand (.1 hours) Draft Plaintiff's Initial Disclosures (1.2 hours). | 1.40 at $ 195.00/hr | $ 273.00 |
| 08/10/2015 | RG | *Legal Services*<br>Review and revise Initial Disclosures; confer with KAD re same. | 0.30 at $ 275.00/hr | $ 82.50 |
| 08/11/2015 | LA | *Legal Services*<br>Correspondence with Mark Robinson and Daniel Smith regarding including attorneys' fees in the settlement demand. | 0.10 at $ 195.00/hr | $ 19.50 |
| 08/18/2015 | LA | *Legal Services*<br>File initial disclosures (.2 hours) Correspondence with client providing a draft Settlement Demand for his review and comment (.2 hours). | 0.40 at $ 195.00/hr | $ 78.00 |
| 08/20/2015 | LA | *Legal Services*<br>Analysis of case file and preparation with David for call with client. (.4 hours) Correspondence with opposing counsel regarding scheduling mediation (.1 hours). | 0.50 at $ 195.00/hr | $ 97.50 |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22522** |
| Invoice Date | **09/03/2015** |
| For Services Through | 08/31/2015 |
| Terms: | **N/A** |

| | | | | | |
|---|---|---|---|---|---|
| 08/20/2015 | DML | *Legal Services* Telephone conference with Client regarding settlement and moving forward. Prepare Record of Conversation regarding same. | | 0.50 at $ 350.00/hr | $ 175.00 |

In Reference To: **Five A Trading Litigation (Expenses)**

| | | | | | |
|---|---|---|---|---|---|
| 07/28/2015 | DML | *Process Server* Invoice from Atlanta Legal Services, Inc. for attempt at service upon defendant New Generation Imports. | | $70.00 | $ 70.00 |
| 08/26/2015 | DML | *Process Server* Invoice from Atlanta Legal Services, Inc. for successful service upon defendant New Generation Imports. | | $70.00 | $ 70.00 |

*Total Hours:* *5.50 hrs*
*Total Labor:* *$ 1,174.00*
*Total Expenses:* *$ 140.00*
**Total Invoice Amount: $ 1,314.00**
**Balance (Amount Due): $ 3,468.50**

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22566** |
| Invoice Date | **10/07/2015** |
| For Services Through | 09/30/2015 |
| Terms: | **N/A** |

| **Date** | **By** | **Service Summary** | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| In Reference To: | **Five A Trading Litigation (Labor)** | | | |
| 09/15/2015 | LA | *Legal Services* <br> Correspondence with opposing counsel requesting information related to Five A Trading's sales figures. | 0.20 at $ 195.00/hr | $ 39.00 |
| 09/21/2015 | LA | *Legal Services* <br> Correspondence with Daniel Smith and Mark Robinson regarding attorney's fees incurred in relation to the trademark litigation matter (.2 hours) Follow up with opposing counsel regarding our request for informal sales data showing the number of Pure Fronto and Fronto King products sold by Five A Trading (.2 hours). | 0.40 at $ 195.00/hr | $ 78.00 |
| 09/24/2015 | LA | *Legal Services* <br> Review status of case (.2 hours) Correspondence with opposing counsel regarding production of documents related to sale and infringement (.1 hours) Correspondence with client providing him with an update on the case (.2 hours). | 0.50 at $ 195.00/hr | $ 97.50 |
| 09/25/2015 | DML | *Legal Services* <br> Telephone conference with Client. Prepare Record of Conversation regarding same. | 0.20 at $ 350.00/hr | $ 70.00 |
| 09/29/2015 | LA | *Legal Services* <br> Strategize with David regarding discovery (.2 hours). | 0.20 at $ 195.00/hr | $ 39.00 |
| 09/30/2015 | LA | *Legal Services* <br> Draft and edit Requests for Admission. (1.1 hours) Draft and edit Interrogatories. (1.9 hours) Draft and edit Requests for Production of Documents. (1.5 hours) Draft 30(b)(6) Notice of Deposition of Fronto King and topic list (1.1 hours). | 5.60 at $ 195.00/hr | $ 1,092.00 |

*Total Hours:* *7.10 hrs*
*Total Labor: $ 1,415.50*
**Total Invoice Amount: $ 1,415.50**
**Balance (Amount Due): $ 1,415.50**

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

|  |  |
|---:|:---|
| Invoice # | **22566** |
| Invoice Date | **10/07/2015** |
| For Services Through | 09/30/2015 |
| Terms: | **N/A** |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22607** |
| Invoice Date | **11/05/2015** |
| For Services Through | 10/31/2015 |
| Terms: | **N/A** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|

In Reference To: **Five A Trading Litigation (Labor)**

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/01/2015 | LA | *Finalize* <br> Revise discovery to reflect David's additional suggestions and comments (2.0 hours) Revise 30b6 Deposition Notice (.3 hours). | 2.30 at $ 195.00/hr | $ 448.50 |
| 10/02/2015 | DML | *Legal Services* <br> Review draft interrogatories, Request for Production of Documents, Request to Admit and 30(b)(6) deposition notice to Defendant. | 1.50 at $ 350.00/hr | $ 525.00 |
| 10/02/2015 | LA | *Legal Services* <br> Review documents produced by client and prepare for sending them to opposing counsel (1.0 hours). | 1.00 at $ 195.00/hr | $ 195.00 |
| 10/06/2015 | LA | *Legal Services* <br> Correspondence with opposing counsel related to rescheduling the deposition of Five A Trading (.2 hours) Update client regarding status of case (.2 hours) Request client provide any physical samples of the disputed product and packaging (.1 hours). | 0.50 at $ 195.00/hr | $ 97.50 |
| 10/07/2015 | LA | *Legal Services* <br> Draft Timeline of events (.5 hours) Review and analysis of email from Shanay related to availability of fraudulent bags on other websites such as alibaba.com (.1 hours) | 0.60 at $ 195.00/hr | $ 117.00 |
| 10/08/2015 | DML | *Legal Services* <br> Email correspondences with Client regarding discovery and additional facts of the case. Add additional facts to Timeline. Updating Timeline and Information Sheet. | 0.60 at $ 350.00/hr | $ 210.00 |
| 10/08/2015 | LA | *Legal Services* <br> Review and analysis of email from Shanay explaining Five A Trading's ordering process, invoice history, and information related to the quantity of product sold to Five A Trading. | 0.20 at $ 195.00/hr | $ 39.00 |
| 10/16/2015 | LA | *Legal Services* <br> Correspondence with opposing counsel regarding scheduling the deposition of Trevor. (.2 hours) Legal research and analysis regarding Georgia courts' position on forcing Plaintiff to subject themselves to deposition out of state (.4 hours) Draft email to opposing counsel stating position that Trevor must be deposed in Malden and providing case law (.2 hours). | 0.80 at $ 195.00/hr | $ 156.00 |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22607** |
| Invoice Date | **11/05/2015** |
| For Services Through | 10/31/2015 |
| Terms: | **N/A** |

| Date | Staff | Service | | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 10/20/2015 | DML | *Legal Services* Email update to Client regarding status of discovery and location of his deposition. | | 0.10 at $ 350.00/hr | $ 35.00 |
| 10/20/2015 | RG | *Legal Services* Confer with DML re deposition of plaintiff. | | 0.20 at $ 275.00/hr | $ 55.00 |
| 10/21/2015 | RG | *Finalize* Email DML and KAD case re location of deposition. | | 0.10 at $ 275.00/hr | $ 27.50 |
| 10/23/2015 | LA | *Legal Services* Correspondence related to rescheduling the deposition of Fronto King. (.2 hours) Legal research related to Motion for Protective Order (.2 hours). | | 0.40 at $ 195.00/hr | $ 78.00 |
| 10/28/2015 | LA | *Legal Services* Review email from opposing counsel scheduling stenographer for deposition of Fronto King at his office in Georgia; Strategize regarding filing a Motion for Protective Order (.2 hours) Analysis of Federal rules, local rules, and Judge Batten's Instructions to Parties related to requirements for proceeding with a discovery dispute/Motion for Protective Order (.3 hours) Legal research for Georgia law supporting client's need for Protective Order (.4 hours) Draft 1 page email to Judge Batten describing the discovery dispute and including citation to authority (.2 hours). | | 1.10 at $ 195.00/hr | $ 214.50 |
| 10/29/2015 | DML | *Legal Services* Prepare email update to Client. Prepare email to Judge regarding opposing the Notice of Deposition for the deposition of Client to take place in Atlanta. | | 0.40 at $ 350.00/hr | $ 140.00 |
| 10/30/2015 | DML | *Legal Services* Review responses to written discovery Plaintiff sent to Defendant, including Request to Admit, Request for Production of Documents and interrogatories. Prepare email update to Client regarding same. | | 0.80 at $ 350.00/hr | $ 280.00 |
| 10/30/2015 | LA | *Legal Services* Calendar deadline for responses to discovery and update file (.2 hours). | | 0.20 at $ 195.00/hr | $ 39.00 |
| 10/30/2015 | LA | *Legal Services* Prepare email requesting entry of default against Pure Fronto. | | 0.20 at $ 195.00/hr | $ 39.00 |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22607** |
| Invoice Date | **11/05/2015** |
| For Services Through | 10/31/2015 |
| Terms: | **N/A** |

*Total Hours: 11.00 hrs*
*Total Labor: $ 2,696.00*
**Total Invoice Amount: $ 2,696.00**
**Balance (Amount Due): $ 4,111.50**

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22652** |
| Invoice Date | **12/03/2015** |
| For Services Through | 11/30/2015 |
| Terms: | **N/A** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | In Reference To: **Five A Trading Litigation (Labor)** | | |
| 11/02/2015 | LA | *Legal Services* Draft application to Clerk for Entry of Default (.7 hours) Draft Declaration of David M. Lilenfeld in Support of Default (.5 hours) | 1.20 at $ 195.00/hr | $ 234.00 |
| 11/02/2015 | DML | *Legal Services* Review signed verification received from opposing counsel. Email update to Client. Review (written discovery) Interrogatories received from Defendant. | 0.30 at $ 350.00/hr | $ 105.00 |
| 11/03/2015 | LA | *Legal Services* Correspondence related to stenographer for deposition of Five A Trading. | 0.10 at $ 195.00/hr | $ 19.50 |
| 11/05/2015 | DML | *Legal Services* Review request to clerk to enter default. | 0.10 at $ 350.00/hr | $ 35.00 |
| 11/06/2015 | DML | *Legal Services* Email to opposing counsel requesting documents. | 0.10 at $ 350.00/hr | $ 35.00 |
| 11/09/2015 | LA | *Legal Services* Review and analysis of Five A Trading's responses to discovery (.6 hours) Review all documents, discovery, and pleadings in preparation for deposition of Five A Trading (1.2 hours) Draft deposition outline for deposition of Five A Trading (1.5 hours) Prepare deposition exhibits (.7 hours) Correspondence with opposing counsel related to obtaining documents from Five A and rescheduling deposition (.2 hours). | 4.20 at $ 195.00/hr | $ 819.00 |
| 11/10/2015 | LA | *Legal Services* Review email from client containing responses to interrogatory questions (.3 hours) Draft responses to Interrogatories (1.2 hours) Calendar deadline to respond to Motion to Summary Judgment and correspondence related to the same (.1 hours) Review and analysis of Motion for Summary Judgment. | 1.60 at $ 195.00/hr | $ 312.00 |
| 11/11/2015 | LA | *Legal Services* Correspondence with counsel related to obtaining the tobacco packets submitted into evidence in the state court case (.2 hours) Correspondence with DeKalb Superior Court regarding the same (.1 hours). | 0.30 at $ 195.00/hr | $ 58.50 |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22652** |
| Invoice Date | **12/03/2015** |
| For Services Through | 11/30/2015 |
| Terms: | **N/A** |

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/11/2015 | DML | *Legal Services*<br>Email with Client. Review client's draft responses to interrogatories from Defendant. Email correspondence with Mark Robinson regarding additional evidence of infringement. | 0.50 at $ 350.00/hr | $ 175.00 |
| 11/12/2015 | LA | *Legal Services*<br>Draft Joint Motion for Extension of Time to Respond to MSJ (.5 hours) Edit and revise Joint Motion for Extension of Time (.2 hours) Correspondence with opposing counsel regarding obtaining documents and scheduling deposition (.2 hours). | 0.90 at $ 195.00/hr | $ 175.50 |
| 11/12/2015 | DML | *Legal Services*<br>Fronto King telephone conference with Client regarding facts of case and recent information that Defendant's are still using Client's packaging. Prepare Record of Conversation regarding same. | 0.20 at $ 350.00/hr | $ 70.00 |
| 11/12/2015 | RG | *Legal Services*<br>Review and revise interrogatory responses. | 0.20 at $ 275.00/hr | $ 55.00 |
| 11/13/2015 | LA | *Legal Services*<br>Edit and revise responses to Interrogatories to reflect additional comments (.2 hours) Correspondence with opposing counsel regarding extension of time to respond to Motion for Summary Judgment (.2 hours) Correspondence with opposing counsel regarding filing amended Motion for Summary Judgment to include missing pages (.2 hours) Review document produced by opposing counsel; correspondence with opposing counsel regarding extending discovery period due to trouble providing responsive documents (.2 hours) Draft Consent Motion for Extension of Time (.9 hours) Draft proposed Order granting discovery extension (.3 hours). | 2.00 at $ 195.00/hr | $ 390.00 |
| 11/16/2015 | LA | *Legal Services*<br>Correspondence with opposing counsel regarding his review and approval of the Joint Motion to Extend the Discovery Period (.2 hours) File Joint Motion (.2 hours). | 0.40 at $ 195.00/hr | $ 78.00 |
| 11/17/2015 | DML | *Legal Services*<br>Email correspondence with Client regarding facts of case. Review draft Joint Motion to Extend Discovery period. Meet with Mark Robinson regarding case and packages. Email update to Client. Prepare notes from meeting with Mark Robinson. | 1.20 at $ 350.00/hr | $ 420.00 |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22652** |
| Invoice Date | **12/03/2015** |
| For Services Through | **11/30/2015** |
| Terms: | **N/A** |

| Date | Staff | Service | | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 11/18/2015 | LA | *Legal Services* <br> Correspondence related to counterfeit bags sold on Alibaba website (.2 hours) Review website for further information regarding Alibaba's counterfeit bags (.1 hours) Strategize regarding additional discovery needed on Five A Trading's relationship with Alibabba (.2 hours). | | 0.50 at $ 195.00/hr | $ 97.50 |
| 11/18/2015 | DML | *Legal Services* <br> Review client email regarding Alibaba issues. Prepare email in response. Conduct related research. | | 0.50 at $ 350.00/hr | $ 175.00 |
| 11/19/2015 | DML | *Legal Services* <br> Prepare outline for additional discovery relating to sale of counterfeit packages of client's product on Alibaba. | | 0.20 at $ 350.00/hr | $ 70.00 |
| 11/20/2015 | DML | *Legal Services* <br> Prepare email update to client regarding our having to respond to Ali's Motion for Summary Judgment. Begin preparation of brief opposing Motion for Summary Judgment. Telephone conference with Client. Review detailed email from Client regarding responding to Motion for summary judgment. | | 1.20 at $ 350.00/hr | $ 420.00 |
| 11/23/2015 | LA | *Legal Services* <br> Correspondence with opposing counsel related to obtaining documents from Five A Trading. (.2 hours) Update deposition outline to include additional questions related to Alibaba and its sales of counterfeit Fronto King pouches (.3 hours) Draft additional request for production related to Alibaba's counterfeit bags (.7 hours) Draft Certificate of Service (.1 hours) File Certificate of Service (.2 hours) Prepare discovery for mailing to Defendants (.2 hours) Correspondence with opposing counsel regarding the same (.1 hours). | | 1.80 at $ 195.00/hr | $ 351.00 |
| 11/24/2015 | DML | *Legal Services* <br> Review additional Request for Production of Documents to Defendant. Review detailed email from Daniel Smith regarding arguments for opposition to Defendants' Motion for Summary Judgment. Telephone conference with Daniel Smith regarding case and prepare Record of Conversation regarding same. | | 0.70 at $ 350.00/hr | $ 245.00 |

*Total Hours: 18.20 hrs*
*Total Labor: $ 4,340.00*

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---:|:---|
| Invoice # | **22652** |
| Invoice Date | **12/03/2015** |
| For Services Through | 11/30/2015 |
| Terms: | **N/A** |

**Total Invoice Amount: $ 4,340.00**
**Balance (Amount Due): $ 8,451.50**

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22692** |
| Invoice Date | **01/07/2016** |
| For Services Through | 12/31/2015 |
| Terms: | **N/A** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | In Reference To: **Five A Trading Litigation (Labor)** | | |
| 12/01/2015 | LA | *Legal Services* <br> Review and analysis of Court's specific rules related to discovery disputes. | 0.30 at $ 195.00/hr | $ 58.50 |
| 12/07/2015 | LA | *Legal Services* <br> Correspondence with opposing counsel to confer in good faith regarding Five A Trading's failure to produce documents. (.3 hours) Review opposing counsel's response and draft request that Five A Trading re-inspect its records for responsive documents (.3 hours). | 0.60 at $ 195.00/hr | $ 117.00 |
| 12/08/2015 | LA | *Legal Services* <br> Call with opposing counsel related to document production. | 0.20 at $ 195.00/hr | $ 39.00 |
| 12/08/2015 | RG | *Legal Services* <br> Analyze proposed email to opposing counsel and advise KAD re suggested revisions to same. | 0.20 at $ 275.00/hr | $ 55.00 |
| 12/08/2015 | DML | *Legal Services* <br> Email update to Client. Review document produced by Defendant. | 0.10 at $ 350.00/hr | $ 35.00 |
| 12/09/2015 | LA | *Legal Services* <br> Review documents produced by Five A Trading. | 0.30 at $ 195.00/hr | $ 58.50 |
| 12/14/2015 | LA | *Legal Services* <br> Draft Second Amended Notice of Deposition of Five A Trading (.6 hours) Review and edit Second Amended Notice of Deposition (.2 hours) Correspondence related to scheduling response to Motion for Summary Judgment with warnings as well as close of discovery period with warnings (.2 hours) Correspondence with opposing counsel regarding rescheduling deposition (.2 hours)Confirm available dates for Deposition of Five A Trading (.2 hours). | 1.40 at $ 195.00/hr | $ 273.00 |
| 12/15/2015 | LA | *Legal Services* <br> Correspondence related to rescheduling deposition. | 0.10 at $ 195.00/hr | $ 19.50 |
| 12/16/2015 | LA | *Legal Services* <br> Review and edit Notice of deposition. | 0.20 at $ 195.00/hr | $ 39.00 |
| 12/18/2015 | LA | *Legal Services* <br> Reschedule deadline for Fronto King to oppose Motion for Summary Judgment. | 0.10 at $ 195.00/hr | $ 19.50 |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22692** |
| Invoice Date | **01/07/2016** |
| For Services Through | 12/31/2015 |
| Terms: | **N/A** |

*Total Hours:* 3.50 hrs
*Total Labor:* *$ 714.00*
**Total Invoice Amount:** **$ 714.00**
**Balance (Amount Due): $ 5,165.50**

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com