

**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22733** |
| Invoice Date | **02/19/2016** |
| For Services Through | 01/31/2016 |
| Terms: | **N/A** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | In Reference To: **Five A Trading Litigation (Labor)** | | |
| 01/12/2016 | LA | *Legal Services* <br> Review deposition outline in preparation for deposition (.5 hours). | 0.50 at $ 195.00/hr | $ 97.50 |
| 01/13/2016 | LA | *Legal Services* <br> Prepare deposition exhibits (3.7 hours) Prepare for deposition (1.1 hours). | 4.80 at $ 195.00/hr | $ 936.00 |
| 01/14/2016 | DML | *Legal Services* <br> Prepare for tomorrow (Friday)'s deposition of Defendant. Prepare email update to Client regarding same. | 1.50 at $ 350.00/hr | $ 525.00 |
| 01/15/2016 | DML | *Legal Services* <br> Prepare for deposition of Defendant. Take deposition of Defendant and related travel. | 5.00 at $ 350.00/hr | $ 1,750.00 |
| 01/15/2016 | LA | *Legal Services* <br> Deposition of Five A Trading (3.5 hours) Correspondence with court reporter to answer her questions related to the deposition exhibits (.2 hours). | 3.70 at $ 195.00/hr | $ 721.50 |
| 01/19/2016 | LA | *Legal Services* <br> Correspondence with opposing counsel to obtain additional documents based on the testimony of Ayaz Ali at his deposition | 0.20 at $ 195.00/hr | $ 39.00 |
| 01/21/2016 | DML | *Legal Services* <br> Email to opposing counsel regarding additional discovery and taking deposition of Mr. Ali's brother. Begin preparation of subpoenas to brother. | 0.40 at $ 350.00/hr | $ 140.00 |
| 01/21/2016 | LA | *Legal Services* <br> Draft Third Requests for Documents (.4 hours) Draft Second Request for Interrogatories (.3 hours) Prepare discovery for mailing and filing (.2 hours) Draft Certificate of Discovery to file with Court (.1 hours) | 1.00 at $ 195.00/hr | $ 195.00 |
| 01/22/2016 | DML | *Legal Services* <br> Continue response to Motion for Summary Judgment filed by Defendant | 1.20 at $ 350.00/hr | $ 420.00 |
| 01/26/2016 | LA | *Legal Services* <br> Draft Opposition to Motion for Summary Judgment | 2.00 at $ 195.00/hr | $ 390.00 |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22733** |
| Invoice Date | **02/19/2016** |
| For Services Through | 01/31/2016 |
| Terms: | **N/A** |

| | | | | | |
|---|---|---|---|---|---|
| 01/28/2016 | LA | | *Legal Services* | 3.20 at $ 195.00/hr | $ 624.00 |
| | | | Continue drafting Opposition to Motion for Summary Judgment (2.7 hours) Draft Motion for Extension of Time (.5 hours) | | |
| 01/29/2016 | DML | | *Legal Services* | 1.50 at $ 350.00/hr | $ 525.00 |
| | | | Meeting with Noah regarding facts of case. Prepare Record of Conversation regarding same. | | |
| 01/29/2016 | LA | | *Legal Services* | 3.30 at $ 195.00/hr | $ 643.50 |
| | | | Continue drafting Opposition to Motion for Summary Judgment (1.0 hours) Draft Subpoena for documents and testimony for Alishah Ali/New Generation Imports (.5 hours) Draft requests for production of documents to Alishah Ali/New Generation Imports (1.3 hours) Draft deposition topic list for Alishah Ali/New Generation Imports (.5 hours) | | |

In Reference To: **Five A Trading Litigation (Expenses)**

| | | | | | |
|---|---|---|---|---|---|
| 01/19/2016 | DML | | *Formal Drawings* | $521.45 | $ 521.45 |
| | | | Huseby - Original transcript of Ayaz Ali | | |

*Total Hours:* 28.30 hrs
*Total Labor:* $ 7,006.50
*Total Expenses:* $ 521.45
**Total Invoice Amount:** **$ 7,527.95**
**Balance (Amount Due):** **$ 12,693.45**

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22776** |
| Invoice Date | **03/08/2016** |
| For Services Through | 02/29/2016 |
| Terms: | **N/A** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | **In Reference To: Five A Trading Litigation (Labor)** | | |
| 02/01/2016 | DML | *Legal Services*<br>Review order regarding extending time to respond to the Motion for Summary Judgment. Calendar deadline for same. Prepare email update to Client. | 0.20 at $ 350.00/hr | $ 70.00 |
| 02/03/2016 | LA | *Legal Services*<br>Correspondence with David regarding obtaining documents from Ali Shah Ali. | 0.20 at $ 195.00/hr | $ 39.00 |
| 02/09/2016 | LA | *Legal Services*<br>Draft Brief in Support of Motion for Default Judgment. | 1.50 at $ 195.00/hr | $ 292.50 |
| 02/10/2016 | LA | *Legal Services*<br>Continue drafting Brief in Support of Motion for Default Judgment. | 1.30 at $ 195.00/hr | $ 253.50 |
| 02/11/2016 | LA | *Legal Services*<br>Continue drafting Brief in Support of Motion for Default Judgment (.9 hours) Draft Motion for Default (.3 hours) Draft Declaration of David Lilenfeld in Support of Motion for Default (.9 hours). | 2.10 at $ 195.00/hr | $ 409.50 |
| 02/11/2016 | DML | *Legal Services*<br>Email correspondence with opposing counsel regarding tomorrow's deposition of New Generation Imports. Begin preparation for tomorrow's deposition. Additional email about deposition. | 0.70 at $ 350.00/hr | $ 245.00 |
| 02/16/2016 | DML | *Legal Services*<br>Review emails and documents (text messages) and forward same to Client. These were received from the attorney for Pure Fronto. Email correspondence with attorney for New Generation Imports regarding deposing his client. | 1.40 at $ 350.00/hr | $ 490.00 |
| 02/17/2016 | DML | *Legal Services*<br>Email correspondence regarding deposition of Ali's brother. Review and revised and update opposition to Defendant's Motion for Summary Judgment. File new Joint Motion to Extend time. | 1.30 at $ 350.00/hr | $ 455.00 |
| 02/18/2016 | DML | *Legal Services*<br>Review Order from Court. Calendar relevant dates. Email to attorney for New Generation Imports regarding Court order. Call with attorney for New Generation Imports regarding his client's deposition. | 0.50 at $ 350.00/hr | $ 175.00 |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22776** |
| Invoice Date | **03/08/2016** |
| For Services Through | 02/29/2016 |
| Terms: | **N/A** |

| | | | | | |
|---|---|---|---|---|---|
| 02/19/2016 | DML | | *Legal Services* | 0.20 at $ 350.00/hr | $ 70.00 |
| | | | Email correspondence with attorney for New Generation Imports regarding his client's deposition. | | |
| 02/23/2016 | DML | | *Legal Services* | 0.30 at $ 350.00/hr | $ 105.00 |
| | | | Review COSs from opposing counsel regarding Pure Fronto's discovery responses. Email correspondence with attorney for New Generation Imports regarding his Client's deposition. | | |
| 02/29/2016 | DML | | *Legal Services* | 5.00 at $ 350.00/hr | $ 1,750.00 |
| | | | Prepare Certificate of Interested Persons and Corporate Disclosure Statement. Prepare for Deposition of New Generation Imports. Take deposition of | | |

In Reference To: **Five A Trading Litigation (Expenses)**

| | | | | | |
|---|---|---|---|---|---|
| 02/04/2016 | DML | | *Courier* | $80.00 | $ 80.00 |
| | | | Peacock & Sparrow | | |

*Total Hours:* 14.70 hrs
*Total Labor:* $ 4,354.50
*Total Expenses:* $ 80.00
**Total Invoice Amount:** $ 4,434.50
**Balance (Amount Due):** $ 10,121.45

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC
3379 Peachtree Road
Suite 980
Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22807** |
| Invoice Date | **04/09/2016** |
| For Services Through | **03/31/2016** |
| Terms: | **N/A** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|

In Reference To: **Five A Trading Litigation (Labor)**

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| 03/07/2016 | DML | *Legal Services* <br> Meeting with Shanay about moving forward. Prepare Record of Conversation regarding same. | 0.60 at $ 350.00/hr | $ 210.00 |
| 03/10/2016 | DML | *Legal Services* <br> Email correspondence with Shanay regarding follow-up issues from our meeting on March 7. | 0.20 at $ 350.00/hr | $ 70.00 |
| 03/15/2016 | DML | *Legal Services* <br> Email correspondence with Client again requesting additional information. | 0.20 at $ 350.00/hr | $ 70.00 |
| 03/17/2016 | DML | *Legal Services* <br> Continue preparation of brief opposing motion for summary judgment. | 2.00 at $ 350.00/hr | $ 700.00 |
| 03/18/2016 | DML | *Legal Services* <br> Continue preparation of opposition to Defendants' Motion for Summary Judgment. | 9.50 at $ 350.00/hr | $ 3,325.00 |
| 03/31/2016 | DML | *Legal Services* <br> Telephone conference with Client regarding Noah's wife's findings at Court. Review Complaint to make sure we have pled facts covering the new information developed by Noah's wife. | 0.80 at $ 350.00/hr | $ 280.00 |

*Total Hours:*    *13.30 hrs*
*Total Labor:*    *$ 4,655.00*
**Total Invoice Amount:**    **$ 4,655.00**
**Balance (Amount Due):**    **$ 14,776.45**

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---:|:---|
| Invoice # | **22831** |
| Invoice Date | **05/04/2016** |
| For Services Through | 04/30/2016 |
| Terms: | **N/A** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| In Reference To: | **Five A Trading Litigation (Labor)** | | | |
| 04/01/2016 | DML | *Legal Services*<br>Review photos of products from Noah, which his wife purchased at A to Z. | 0.10 at $ 350.00/hr | $ 35.00 |
| 04/14/2016 | DML | *Legal Services*<br>Prepare detailed email update to Client about case and moving forward. Continue preparation of supplemental responses to interrogatories and Request for Production of Documents from Defendant. | 1.00 at $ 350.00/hr | $ 350.00 |
| 04/18/2016 | DML | *Legal Services*<br>Prepare Subpoena to Alibaba. Review detailed email received from Daniel Smith regarding Fronto King's dealings with Alibaba. Prepare list of documents we are requesting from Alibaba in the subpoena. | 0.40 at $ 350.00/hr | $ 140.00 |

*Total Hours:*    *1.50 hrs*
*Total Labor:*    *$ 525.00*
**Total Invoice Amount:**    **$ 525.00**
**Balance (Amount Due): $ 15,301.45**

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | **22927** |
| Invoice Date | **09/09/2016** |
| For Services Through | **08/31/2016** |
| Terms: | **N/A** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | | | |

In Reference To: **Five A Trading Litigation (Labor)**

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| 08/16/2016 | BJH | *Legal Services* <br> Draft email to D. Lilenfeld analyzing and comparing Defendant's November 2015 summary judgment motion and Defendant's August 2016 summary judgment motion. | 0.20 at $ 195.00/hr | $ 39.00 |
| 08/22/2016 | BJH | *Legal Services* <br> Draft and edit Plaintiff's Response to Defendant's Amended Statement of Material Facts in Support of Summary Judgment Motion (0.8); Draft and edit Plaintiff's Opposition to Defendant's Amended Motion for Summary Judgment (0.6); Draft and edit Declaration in Support of Opposition to Amended Motion for Summary Judgment (0.3) | 1.70 at $ 195.00/hr | $ 331.50 |
| 08/24/2016 | DML | *Legal Services* <br> Review and revise response to Defendant's Second Motion for Summary Judgment. Revise Johnson Declaration. Prepare update email to Client. | 1.80 at $ 350.00/hr | $ 630.00 |
| 08/29/2016 | DML | *Legal Services* <br> Email/text correspondence regarding getting new Declaration from Client. | 0.10 at $ 350.00/hr | $ 35.00 |
| 08/30/2016 | DML | *Legal Services* <br> Follow-up texts and emails to Clients regarding Declaration. Continue preparation of opposition to Motion for Summary Judgment field by A to Z. | 1.60 at $ 350.00/hr | $ 560.00 |

*Total Hours:* 5.40 hrs
*Total Labor:* $ 1,595.50
**Total Invoice Amount: $ 1,595.50**
**Balance (Amount Due): $ 5,895.50**

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



| | | Date: | 10/10/2016 |
|---|---|---|---|
| Fronto King | | Invoice # | 22241 |
| c/o Mr. Trevor Ivy | | | |
| 7 Brook Street | | | |
| Malden, MA 02148 | | | |

| Date | Description | Resp. | Hours | Value |
|---|---|---|---|---|
| 9/6/2016 | Finalize Trevor Ivy Declaration for use in opposing Defendant's Motion for Summary Judgment. Email to Client regarding same. | DML | 0.9 | 315.00 |
| 9/6/2016 | Finalize our response to MSJ. Prepare statement of Material Facts. | DML | 1.0 | 350.00 |
| 9/7/2016 | Continue preparation of opposition to Defendant's Motion for Summary Judgment. | DML | 1.0 | 350.00 |
| 9/8/2016 | Continue preparation. Finalize the 8 documents for filing. | DML | 3.5 | 1,225.00 |

Please make checks payable to: Trusted Counsel (Ashley) LLC

Total $2,240.00

1201 Peachtree Street, N.E.
Suite 500
Atlanta, Georgia 30361-6317



Date: 11/10/2016

Fronto King, LLC  
c/o Mr. Trevor Ivy  
7 Brook Street  
Malden, MA 02148

Invoice # 22421

| Date | Description | Resp. | Hours | Value |
|---|---|---|---|---|
| 10/5/2016 | Review Client email regarding additional actual confusion. Organize documents for production to Defendants. Prepare email response to Client regarding same. | DML | 0.3 | 105.00 |
| 10/16/2016 | Review Court's Order denying Five A Trading's Motion for Summary Judgment. (.3). Prepare email update to Client regarding same. (1.). | DML | 0.4 | 140.00 |
| 10/18/2016 | Email to Client regarding next steps and mediation. | DML | 0.1 | 35.00 |
| 10/19/2016 | Email to Court regarding consenting to court-provided mediation. | DML | 0.1 | 35.00 |
| 10/26/2016 | Email correspondence with Court regarding court-ordered mediation. Email update to Client. | DML | 0.1 | 35.00 |
| 10/28/2016 | Review Court's emails regarding court-ordered mediation. Research of Magistrate Judge Fuller (mediator). Calendar relevant dates (for submission of mediation statement and mediation). Prepare email update to Client regarding same. | DML | 0.2 | 70.00 |

Please make checks payable to: Trusted Counsel (Ashley) LLC

Total $420.00

1201 Peachtree Street, N.E.  
Suite 500  
Atlanta, Georgia 30361-6317



| | | Date: | 12/13/2016 |
|---|---|---|---|

Fronto King, LLC  
c/o Mr. Trevor Ivy  
7 Brook Street  
Malden, MA 02148

Invoice #   22542

| Date | Description | Resp. | Hours | Value |
|---|---|---|---|---|
| 11/1/2016 | Finalize Tapia documents regarding actual confusion. Begin preparation of Mediation Statement. | DML | 0.2 | 70.00 |
| 11/1/2016 | Bate Stamp documents FK000196-FK000200 and send to opposing counsel. | RKK | 0.2 | 25.00 |

Please make checks payable to:  Trusted Counsel (Ashley) LLC

Total   $95.00

1201 Peachtree Street, N.E.  
Suite 500  
Atlanta, Georgia 30361-6317



Date: 1/16/2017

Fronto King, LLC  
c/o Mr. Trevor Ivy  
7 Brook Street  
Malden, MA 02148

Invoice #  22631

| Date | Description | Resp. | Hours | Value |
|------|-------------|-------|-------|-------|
| 12/6/2016 | Draft Plaintiff's Confidential Mediation Statement. | KAD | 2.1 | 577.50 |
| 12/8/2016 | Edit and revise Plaintiff's Confidential Mediation Statement. | KAD | 0.7 | 192.50 |
| 12/9/2016 | Email to Client regarding preparing for mediation. Review draft court-required Mediation Statement. | DML | 0.3 | 105.00 |
| 12/9/2016 | Correspondence with court related to Fronto King's Confidential Mediation Statement. | KAD | 0.3 | 82.50 |
| 12/13/2016 | Prepare for mediation. Email correspondence with Client regarding same. Email correspondence with Daniel Smith regarding same. Telephone conference with Client and Charlie regarding upcoming mediation and related strategy. Prepare for mediation. Prepare detailed settlement demand to Defendant. | DML | 1.2 | 420.00 |
| 12/13/2016 | Draft Amended Confidential Mediation Statement; prepare Exhibit to Amended Mediation Statement containing settlement demand; Correspondence with clerk of court providing Amended Mediation Statement and Exhibit to Judge. | KAD | 0.5 | 137.50 |
| 12/14/2016 | Continue preparation for mediation. Share settlement demand with Magistrate Judge. Email to Client requesting evidence and/or details of the additional instances of actual confusion Client has experienced. | DML | 0.6 | 210.00 |
| 12/15/2016 | Final preparation for mediation. Travel to and attend mediation in Gainesville, Georgia. Provide update to Client. | DML | 5.1 | 1,785.00 |
| 12/16/2016 | Email update to Client's lead attorney. Review Court order to determine most efficient way to get three week stay. Email to communicate to Court that Parties are close to settlement and please allow three additional weeks (to avoid additional legal fees being incurred). Email correspondence to Client's intellectual property counsel (Daniel Smith) regarding status of certain FRONTO trademark registrations. | DML | 0.6 | 210.00 |
| 12/16/2016 | Begin drafting Joint Motion to Stay Case. | KAD | 0.5 | 137.50 |
| 12/21/2016 | Email to follow-up with attorney for Five A Trading regarding settlement. Prepare email update to Client regarding same. Email w/opposing counsel and update to Client. | DML | 0.2 | 70.00 |
| 12/29/2016 | Email to Client with update regarding settlement. Email to attorney for Five A Trading regarding settlement. | DML | 0.1 | 35.00 |

Please make checks payable to: Trusted Counsel (Ashley) LLC

Total  $3,962.50

1201 Peachtree Street, N.E.  
Suite 500  
Atlanta, Georgia 30361-6317