

| | | Date: | 2/7/2017 |
| | | Invoice # | 22722 |

Fronto King, LLC
c/o Mr. Trevor Ivy
7 Brook Street
Malden, MA 02148

| Date | Description | Resp. | Hours | Value |
|---|---|---|---|---|
| 1/4/2017 | Email correspondence with opposing counsel regarding settlement. Email update to Client regarding same. | DML | 0.1 | 35.00 |
| 1/19/2017 | Email update to Client regarding status of settlement and potentially re-opening the case. Review Settlement Tracker to give Client the best information for making a decision on next step. | DML | 0.2 | 70.00 |

Please make checks payable to: Trusted Counsel (Ashley) LLC

Total $105.00

1201 Peachtree Street, N.E.
Suite 500
Atlanta, Georgia 30361-6317



| | | Date: | 3/10/2017 |
|---|---|---|---|

Fronto King, LLC  
c/o Mr. Trevor Ivy  
7 Brook Street  
Malden, MA 02148

Invoice #  22775

| Date | Description | Resp. | Hours | Value |
|---|---|---|---|---|
| 2/13/2017 | Review Order to determine steps to re-open case. Begin draft of Consolidated Pretrial Order, which is required to re-open case. Begin preparation of mandatory Consolidated Pretrial Order. | DML | 0.7 | 245.00 |
| 2/17/2017 | Draft Consolidated Pretrial Order. | KAD | 5.0 | 1,375.00 |
| 2/24/2017 | Review and revise draft 32-page Consolidated Pre-Trial Order. | DML | 0.8 | 280.00 |

Please make checks payable to: Trusted Counsel (Ashley) LLC

Total  $1,900.00

1201 Peachtree Street, N.E.  
Suite 500  
Atlanta, Georgia 30361-6317



| | | Date: | 4/18/2017 |
|---|---|---|---|

Fronto King, LLC  
c/o Mr. Trevor Ivy  
7 Brook Street  
Malden, MA 02148

Invoice #  22988

| Date | Description | Resp. | Hours | Value |
|---|---|---|---|---|
| 3/3/2017 | Review attachments and additions to Consolidated Pre-Trial Order offered by Defendant and ensure we do not have any problems or disputes with Defendant's additions. | KAD | 1.0 | 275.00 |
| 3/7/2017 | Prepare email update to Client. | DML | 0.1 | 35.00 |
| 3/9/2017 | Review Order from Court re-opening case and setting new deadlines. Email to Client regarding same. Email to opposing counsel to pressure Defendants to make an improved settlement offer. | DML | 0.5 | 175.00 |
| 3/29/2017 | Email to opposing counsel regarding status. Email update to Client. | DML | 0.1 | 35.00 |

Please make checks payable to: Trusted Counsel (Ashley) LLC

Total  $520.00

1201 Peachtree Street, N.E.  
Suite 500  
Atlanta, Georgia 30361-6317



Date: 5/12/2017

Fronto King, LLC  
c/o Mr. Trevor Ivy  
7 Brook Street  
Malden, MA 02148

Invoice # 23166

| Date | Description | Resp. | Hours | Value |
|---|---|---|---|---|
| 4/28/2017 | Begin trial preparation by reviewing Complaint and Answer and begin drafting jury instructions. | DML | 2.7 | 945.00 |
| 4/29/2017 | Continue trial preparation - reading deposition of Ayaz Ali and preparing cross-examination outline. | DML | 2.1 | 735.00 |
| 4/30/2017 | Trial preparation. Working on voir dire questions. Review Pre-Trial Order signed by Court. Work on jury verdict form, jury instructions, direct examination of Trevor, Cross-Examination of Defendants. | DML | 3.7 | 1,295.00 |

Please make checks payable to: Trusted Counsel (Ashley) LLC

Total $2,975.00

1201 Peachtree Street, N.E.  
Suite 500  
Atlanta, Georgia 30361-6317



**Trusted Counsel**
ASHLEY LLC

Date: 6/12/2017

Fronto King, LLC
c/o Mr. Trevor Ivy
7 Brook Street
Malden, MA 02148

Invoice # 23228

| Date | Description | Resp. | Hours | Rate | Value |
|---|---|---|---|---|---|
| 5/1/2017 | Legal research related to model jury instructions used in trademark infringement cases before the 11th Cir. | KAD | 0.5 | 275.00 | 137.50 |
| 5/1/2017 | Legal research and analysis of case law related to admitting emails from Fronto King customers under an exception to hearsay. | KAD | 0.7 | 275.00 | 192.50 |
| 5/2/2017 | Legal research related to damages permitted under federal and state law. | KAD | 1.5 | 275.00 | 412.50 |
| 5/2/2017 | Continue preparation of jury instructions. Continue preparation of voire dire questions. Continue preparation of outline for direct examination of Trevor Ivy. | DML | 2.3 | 350.00 | 805.00 |
| 5/3/2017 | Continue preparation of jury instructions. Continue preparation of proposed factual stipulations. Shorten voir dire questions. Review Court's Order (Dkt. 53) denying Defendant's Motion for Summary Judgment. Email correspondence to Court with shortened voir dire questions. | DML | 2.0 | 350.00 | 700.00 |
| 5/4/2017 | Prepare for, travel to and handle Pre-Trial Conference. Calls with Client regarding settlement. | DML | 3.5 | 350.00 | 1,225.00 |
| 5/5/2017 | Prepare Record of Conversation of yesterday Pre-Trial Hearing. Prepare email update to Client. Review and respond to additional emails from opposing counsel regarding settlement. | DML | 0.4 | 350.00 | 140.00 |

Please make checks payable to: Trusted Counsel (Ashley) LLC

1201 Peachtree Street, N.E.
Suite 500
Atlanta, Georgia 30361-6317

Total $3,612.50



**Lilenfeld PC**
3379 Peachtree Road
Suite 980
Atlanta, GA 30326

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | 22948 |
| Invoice Date | 07/11/2017 |
| For Services Through | 06/30/2017 |
| Terms: | N/A |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| In Reference To: | | **Five A Trading Litigation (Labor)** | | |
| 06/15/2017 | DML | Email to Client to check-in regarding trial. Email to opposing counsel regarding settlement. | 0.20 at $ 375.00/hr | $ 75.00 |
| 06/20/2017 | DML | Continue preparation for July 17 jury trial. Emails with Charlie T. regarding trial strategy. Continue preparation for trial, including preparing cross-examination questions for younger brother. | 1.90 at $ 375.00/hr | $ 712.50 |
| 06/21/2017 | DML | Continue preparation for trial, including preparing Cross examination outline for Alishah Ali. Prepare Checklist for Trial. Prepare issues to raise at Pre-Trial Conference (July 13). Review Trial Exhibits (1 through 19). | 1.80 at $ 375.00/hr | $ 675.00 |
| 06/22/2017 | DML | Continue work on outline for direct examination of Trevor Ivy. Finalize most recent version of Plaintiff's Trial Exhibit list. Prepare detailed email to Client regarding same and his trial testimony. | 0.90 at $ 375.00/hr | $ 337.50 |
| 06/26/2017 | KAH | Legal research and analysis of potential jury verdict forms related to trademark infringement | 0.30 at $ 275.00/hr | $ 82.50 |
| 06/27/2017 | DML | Continue preparation for trial, specifically regarding presentation of damages evidence. | 1.20 at $ 375.00/hr | $ 450.00 |
| 06/28/2017 | KAH | Analysis of Deposition transcript of Ayaz Ali to determine every instance in which Ayaz was unaware of financial information and sales data; create a chart regarding the same for trial | 1.00 at $ 275.00/hr | $ 275.00 |
| 06/28/2017 | DML | Continue preparation for trial, including additional legal research regarding damages. | 0.70 at $ 375.00/hr | $ 262.50 |
| 06/29/2017 | KAH | Legal research and analysis of Rule 803-Exceptions to Hearsay and related case law for support for our contention that evidence of actual confusion is not hearsay | 0.80 at $ 275.00/hr | $ 220.00 |
| 06/29/2017 | KAH | Draft short memo related to admissibility of evidence of actual confusion under present sense and state of mind exceptions to hearsay | 0.60 at $ 275.00/hr | $ 165.00 |
| 06/29/2017 | KAH | Legal research and analysis of procedure for handling an adverse or hostile witness | 0.80 at $ 275.00/hr | $ 220.00 |
| 06/29/2017 | KAH | Draft short memo related to treatment of adverse party upon direct examination | 0.60 at $ 275.00/hr | $ 165.00 |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | 22948 |
| Invoice Date | 07/11/2017 |
| For Services Through | 06/30/2017 |
| Terms: | N/A |

*Total Hours:* 10.80 hrs
*Total Labor:* $ 3,640.00
**Total Invoice Amount:** $ 3,640.00
**Balance (Amount Due):** $ 3,640.00

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
3379 Peachtree Road
Suite 980
Atlanta, GA 30326

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | 23013 |
| Invoice Date | 07/20/2017 |
| For Services Through | 07/20/2017 |
| Terms: | N/A |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| In Reference To: | | Five A Trading Litigation (Labor) | | |
| 07/05/2017 | DML | Continue preparation of jury instructions. Review Court's Standing Order (Dkt. 7) and Local Rules regarding Jury Instructions. | 0.90 at $ 375.00/hr | $ 337.50 |
| 07/07/2017 | DML | Continue trial preparation, including opening statement. Email again to Client regarding his direct examination outline. Continue preparation of jury instructions. Research regarding experience of new attorney for Defendants (LaDawn Jones). Review research from Kaitlyn regarding (1) admissible of evidence of actual confusion over hearsay objection and (2) examination of adverse (hostile) party. | 2.50 at $ 375.00/hr | $ 937.50 |
| 07/07/2017 | KAH | Draft Motion for Permission to Bring Electronic Equipment to Courthouse for Trial | 0.40 at $ 275.00/hr | $ 110.00 |
| 07/08/2017 | DML | Continue preparation of proposed jury instructions. Add information on using deposition testimony to impeach party at trial. Additional work on opening statement and closing argument. | 1.80 at $ 375.00/hr | $ 675.00 |
| 07/10/2017 | KAH | Legal research and analysis of Motions for Directed verdict in trademark infringement case | 0.50 at $ 275.00/hr | $ 137.50 |
| 07/10/2017 | KAH | Analysis of Deposition transcript of Alishah Ali to determine every instance in which Alishah was unaware of financial information and sales data; create a chart regarding the same for trial | 1.50 at $ 275.00/hr | $ 412.50 |
| 07/10/2017 | KAH | Prepare exhibits for trial | 0.30 at $ 275.00/hr | $ 82.50 |
| 07/10/2017 | KAH | Edit and revise Motion for Leave to Bring in Electronic Equipment to the pre-trial conference and jury trial (.5) Draft Proposed Order granting the same (.3) | 0.80 at $ 275.00/hr | $ 220.00 |
| 07/11/2017 | KAH | Meeting with David Lilenfeld and Angela Rosenthal to discuss trial preparations and exhibits | 0.40 at $ 275.00/hr | $ 110.00 |
| 07/11/2017 | DML | Continue preparation of trial examination outlines for (1) Trevor Ivy, (2) Shanay and (3) both Defendants. Review list of Plaintiff's trial exhibits. Email to Client regarding Fronto King pouch that has the "®" symbol. Review and revise draft Motion to Bring Equipment into Courthouse. Review memo regarding information Defendants failed to provide during 30(b)(6) depositions and revise cross-examination outlines. | 1.50 at $ 375.00/hr | $ 562.50 |
| 07/11/2017 | KAH | Edit, revise, and update memorandum related to admissibility of | 0.70 at $ 275.00/hr | $ 192.50 |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | 23013 |
| Invoice Date | 07/20/2017 |
| For Services Through | 07/20/2017 |
| Terms: | N/A |

| Date | Initials | Description | Rate | Amount |
|---|---|---|---|---|
| 07/11/2017 | KAH | File Motion for Permission to Bring Electronic Equipment into pretrial hearing and trial | 0.20 at $ 275.00/hr | $ 55.00 |
| 07/11/2017 | KAH | Legal research related to standard for granting Motion for Directed Verdict and case law related to grants of directed verdicts in 11th Circuit. (1.1) Draft memorandum regarding the same (.6) | 1.70 at $ 275.00/hr | $ 467.50 |
| 07/12/2017 | DML | Review email from Court to continue the Pre-Trial Conference. Review list of questions and issues I prepared for discussion with Judge Batten at Pre-Trial Conference. Continue preparation of cross-examination outlines for two Defendants. | 2.50 at $ 375.00/hr | $ 937.50 |
| 07/12/2017 | KAH | Legal research and analysis of 11th Circuit case law for a case stating that a generic trademark is a trademark or brand name that, due to its popularity and/or significance, has become the generic name for, or synonymous with, a general class of product or service | 1.20 at $ 275.00/hr | $ 330.00 |
| 07/12/2017 | KAH | Draft legal memorandum summarizing 11th Circuit case law stating that a generic trademark is a trademark or brand name that, due to its popularity and/or significance, has become the generic name for, or synonymous with, a general class of product or service and the burden a defendant faces in bringing such an argument against an incontestable mark | 0.10 at $ 275.00/hr | $ 27.50 |
| 07/12/2017 | KAH | Continue preparing exhibits for trial | 0.50 at $ 275.00/hr | $ 137.50 |
| 07/13/2017 | DML | Continue preparation of cross-examination outlines. | 3.20 at $ 375.00/hr | $ 1,200.00 |
| 07/13/2017 | KAH | Review and analysis of Pretrial Order and Judge's Standing Order for information related to ensuring parties are present to testify on Monday | 0.80 at $ 275.00/hr | $ 220.00 |
| 07/13/2017 | KAH | Gather legal resources for trial and prepare binder containing the same (1.0 hours). Prepare Voir Dire documents including jury questions provided by Judge, Peremptory Strike documents, Jury Seating Chart, Plaintiff's Voir Dire Questions, and Local Rule 47.1. (.6 hours) | 1.60 at $ 275.00/hr | $ 440.00 |
| 07/13/2017 | KAH | Analysis of Defendant's Proposed Exhibit List and Exhibits (.5). Correspondence with opposing counsel objecting to 5 of Defendant's proposed exhibits and providing legal authority demonstrating that Defendant may not defend its infringement by arguing that Plaintiff's mark is merely descriptive (.4) | 0.90 at $ 275.00/hr | $ 247.50 |
| 07/14/2017 | KAH | Continue preparing Exhibits and trial notebooks | 0.50 at $ 275.00/hr | $ 137.50 |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | 23013 |
| Invoice Date | 07/20/2017 |
| For Services Through | 07/20/2017 |
| Terms: | N/A |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 07/14/2017 | DML | Continue preparation for trial, including cross examination outline for Ayaz Ali, finalize Jury Instructions and organize notes and cases for arguing amount of damages. | 6.20 at $ 375.00/hr | $ 2,325.00 |
| 07/14/2017 | KAH | Legal research related to recovery of damages. Prepare memorandum regarding the same | 2.90 at $ 275.00/hr | $ 797.50 |
| 07/14/2017 | BJH | *Legal Services*<br>Calculate litigation expenses for trial. | 0.60 at $ 105.00/hr | $ 63.00 |
| 07/14/2017 | KAH | Prepare for trial, including updating memos on admissibility of actual confusion and calculation of damages; update trial binders and exhibits; gather all case law relied upon by Plaintiff | 2.40 at $ 275.00/hr | $ 660.00 |
| 07/16/2017 | KAH | Meeting with clients to prepare clients for trial, including an explanation of direct examination, cross examination, and discussions of any additional information that may be pertinent for trial | 3.70 at $ 275.00/hr | $ 1,017.50 |
| 07/17/2017 | KAH | Prepare for, participate in, and attend Day 1 of Trial | 9.50 at $ 275.00/hr | $ 2,612.50 |
| 07/17/2017 | KAH | Analyze notes from first day of trial and draft key points for closing argument | 0.70 at $ 275.00/hr | $ 192.50 |
| 07/17/2017 | KAH | Prepare argument that Shanay is not required to be present on 2nd day of trial | 0.70 at $ 275.00/hr | $ 192.50 |
| 07/17/2017 | DML | Final preparation for voir dire and opening statements. (.8 hours). Travel to and attend trial (8.0 hours). Finalize cross-examination outline for Ayaz Ali and Alishah Ali, including additional review of both deposition transcripts (1.1 hours). | 9.90 at $ 375.00/hr | $ 3,712.50 |
| 07/18/2017 | KAH | Prepare for, participate in, and attend Day 2 of Trial | 10.20 at $ 275.00/hr | $ 2,805.00 |
| 07/18/2017 | DML | Review Defendants' proposed Jury Instructions and conduct related research. (.8). Review Defendants' proposed Jury Verdict form. (.1). Finalize outline for closing argument. (1.3). Re-calculate damage amounts based on yesterday's evidence. (.3). Travel to and attend trial. (8.0). | 10.50 at $ 375.00/hr | $ 3,937.50 |
| 07/19/2017 | KAH | Legal research and analysis of federal rules related to Plaintiff's Motion for Attorney's Fees following entry of Judgment against Five A Trading | 0.50 at $ 275.00/hr | $ 137.50 |
| 07/19/2017 | DML | Prepare proposed Permanent Injunction, including research of Section 1116(a) of the Lanham Act, Rule 65 and related case law. (.9). Prepare email to defense counsel regarding same and regarding a potential resolution. (.2). Begin preparation of Attorney Fee declaration. (.8). | 1.90 at $ 375.00/hr | $ 712.50 |
| 07/19/2017 | KAH | Review and revise Motion for Permanent Injunction | 0.70 at $ 275.00/hr | $ 192.50 |

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com



**Lilenfeld PC**
**3379 Peachtree Road**
**Suite 980**
**Atlanta, GA 30326**

Invoice submitted to:

Fronto King LLC
c/o Trevor Ivy
7 Brook Street
Malden, MA 02148
Email: Info@FrontoKing.com

| | |
|---|---|
| Invoice # | 23013 |
| Invoice Date | 07/20/2017 |
| For Services Through | 07/20/2017 |
| Terms: | N/A |

In Reference To: **Five A Trading Litigation (Expenses)**

| | | | | |
|---|---|---|---|---|
| 07/13/2017 | AR | *Printing/Copying* <br> 4 full copies of Fronto King Trial documents | $159.28 | $ 159.28 |

Total Hours: 84.90 hrs
Total Labor: $ 27,335.50
Total Expenses: $ 159.28
**Total Invoice Amount: $ 27,494.78**
**Balance (Amount Due): $ 27,494.78**

Overdue accounts subject to a service charge of 1% per month.

PayPal payments accepted: David@LilenfeldPC.com

# TEVNAN|TEVNAN

John E. Tevnan (1920-2003)
Charles R. Tevnan

| | |
|---|---|
| FRONTO KING LLC<br>7 Brook Street<br>Malden, MA 02148 | Date  7/20/2018<br><br>Inv #:  2895<br><br>File #:  2015-CV-0512 |

**RE:** **Fronto King LLC vs. Five A Trading, Inc. and New Generation Imports, LLC; U.S. District Court, Northern District of Georgia (Atlanta), Civil Docket No.:1:15-cv-01668-TCB.**

*For Professional Services Rendered:*

| Date | Description | Hours |
|---|---|---|
| 7/12/2017 | TC's Client re Atlanta trial, etc.; TC Atty. Lilenfeld re same; DR ecorr re same; copy to Client. | 1.00 |
| 7/13/2017 | Prepare documents for Trial in U.S. District Court, Northern District of Georgia (Atlanta). (LD) | 2.00 |
| 7/16/2017 | Trial preparation. | 1.00 |
| 7/17/2017 | Representation of Client at Trial at U.S. District Court, Northern District of Georgia (Atlanta) (Batten, J.), Day 1 of 2. | 6.00 |
| 7/18/2017 | Representation of Client at Trial at U.S. District Court, Northern District of Georgia (Atlanta) (Batten, J.), Day 2 of 2. | 7.00 |
| | Total Hours | 17.00 |
| | Total Fees | $5,100.00 |
| | Total New Charges | $5,100.00 |

**TEVNAN|TEVNAN**

Sears Crescent Building | 100 City Hall Plaza | Fifth Floor | Boston, MA 02108 | Phone 617.423.4100 | Fax 617.423.2596
www.tevnan.com

|  |  |
|---|---|
| Previous Outstanding Balance: | $0.00 |
| **Total Due This Invoice** | **$5,100.00** |

2

**TEVNAN|TEVNAN**

Sears Crescent Building | 100 City Hall Plaza | Fifth Floor | Boston, MA 02108 | Phone 617.423.4100 | Fax 617.423.2596
www.tevnan.com